**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLEAR VIEW PRODUCTS,
SOUTHEAST, INC.,

        Plaintiff,

vs.                                              Case No. 3:10-cv-775-J-32JBT

STOETT INDUSTRIES, INC.,
LORGE FABRICATION, INC.,

        Defendants.

**ORDER**

This case is before the Court on defendant Stoett Industries, Inc.'s Motion to Stay Pending Reexamination of Asserted Patents (Doc. 17). The motion represents that defendant Lorge Fabrication, Inc. does not oppose the stay. Additionally, plaintiff Clear View Products, Southeast, Inc., has now filed a Notice (Doc. 30) stating that it no longer opposes the stay.

Accordingly, it is hereby

**ORDERED**:

Stoett Industries, Inc.'s Motion to Stay Pending Reexamination of Asserted Patents (Doc. 17) is **GRANTED**. This case is stayed pending the outcome of the two patent reexaminations now before the United States Patent and Trademark Office. All pending motions are terminated[1] and the Clerk shall administratively close this file. Once the

---

[1] The Court assumes that because no party objects to the stay, it would be premature for the Court to take up the pending ripe motions to dismiss (the personal jurisdiction motion filed by Lorge (Doc. 16) and Clear View's motion to dismiss Stoett's counterclaim (Doc. 22)).

reexamination process is complete, the parties shall file a notice advising the Court as to how they intend to proceed.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of February, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

---

The Court will take up those motions as soon as the case is reopened.